**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 60 MAL 2022

Respondent    :

   :   Petition for Allowance of Appeal
   :   from the Order of the Superior Court

v.    :

KYLE MARCEL PAGE,    :

Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.